UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :          Hon. William H. Walls

       v.                                :          Criminal No. 09-301

DARIN DUDASH and ANNE
DUDASH, a/k/a "Sarah McGuire"   :       SCHEDULING AND CONTINUANCE ORDER

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Lee Vartan, Assistant U.S. Attorney), and defendants Darin Dudash (by Dennis McAlevy, Esq.) and Anne Dudash (by Brian Neary, Esq.), for an order setting the briefing and trial schedules in this matter and for an order granting a continuance of the proceedings in this matter:

IT IS ORDERED that defendants shall file any pretrial motions no later than July 13, 2009;

IT IS FURTHER ORDERED that any opposition to defendants' motions shall be filed no later than August 10, 2009;

IT IS FURTHER ORDERED that argument of any motions filed shall be August 24, 2009;

IT IS FURTHER ORDERED that the trial in this matter is set for September 8, 2009; and

IT IS FURTHER ORDERED that the period from May 9, 2009 through September 8, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974 because: (1) the parties are engaging in discussions concerning entering into a plea agreement,

and the defendants desire additional time to review discovery, and both the United States and the

defendants seek additional time to pursue such discussions, which may render trial of this matter

unnecessary; (2) the defendants have consented to the continuance; (3) the grant of a continuance

will likely conserve judicial resources; and (4) pursuant to Title 18 of the United States Code,

Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best

interests of the public and the defendants in a speedy trial.

HON. WILLIAM H. WALLS
United States District Judge

Consented and Agreed to by:

Dennis McAlevy, Esq.
Counsel for defendant Darin Dudash

Brian Neary, Esq.
Counsel for defendant Anne Dudash

Lee Vartan
Assistant U.S. Attorney

and the defendants desire additional time to review discovery, and both the United States and the defendants seek additional time to pursue such discussions, which may render trial of this matter unnecessary; (2) the defendants have consented to the continuance; (3) the grant of a continuance will likely conserve judicial resources; and (4) pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

19 May 2009

HON. WILLIAM H. WALLS
United States District Judge

Consented and Agreed to by:

Dennis McAlevy, Esq.
Counsel for defendant Darin Dudash

Brian Neary, Esq.
Counsel for defendant Anne Dudash

Lee Vartan
Assistant U.S. Attorney