Fax from : 201 867 6654    09-04-09 09:57a  Pg: 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Criminal No. 09-301 |
| DARIN DUDASH and ANNE DUDASH, a/k/a "Sarah McGuire" | : | SCHEDULING AND CONTINUANCE ORDER |

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Lee Vartan, Assistant U.S. Attorney), and defendants Darin Dudash (by Dennis McAlevy, Esq.) and Anne Dudash (by Brian Neary, Esq.), for an order setting the briefing and trial schedules in this matter and for an order granting a continuance of the proceedings in this matter;

IT IS ORDERED that defendants shall file any pretrial motions no later than September 28, 2009;

IT IS FURTHER ORDERED that any opposition to defendants' motions shall be filed no later than October 26, 2009;

IT IS FURTHER ORDERED that argument of any motions filed shall be November 9, 2009;

IT IS FURTHER ORDERED that the trial in this matter is set for November 16, 2009; and

IT IS FURTHER ORDERED that the period from September 28, 2009 through November 16, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974 because: (1) the parties are engaging in discussions concerning entering into a plea agreement,

and the defendants desire additional time to review discovery, and both the United States and the defendants seek additional time to pursue such discussions, which may render trial of this matter unnecessary; (2) the defendants have consented to the continuance; (3) the grant of a continuance will likely conserve judicial resources; and (4) pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

HON. WILLIAM H. WALLS
United States District Judge

Consented and Agreed to by:

Dennis McAlevy, Esq.
Counsel for defendant Darin Dudash


Brian Neary, Esq.
Counsel for defendant Anne Dudash


Lee Vartan
Assistant U.S. Attorney

and the defendants desire additional time to review discovery, and both the United States and the defendants seek additional time to pursue such discussions, which may render trial of this matter unnecessary; (2) the defendants have consented to the continuance; (3) the grant of a continuance will likely conserve judicial resources; and (4) pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

HON. WILLIAM H. WALLS
United States District Judge

Consented and Agreed to by:

_____
Dennis McAlevy, Esq.
Counsel for defendant Darin Dudash

_____
Brian Neary, Esq.
Counsel for defendant Anne Dudash

_____
Lee Vartan
Assistant U.S. Attorney