LAW OFFICES
BRIAN J. NEARY
21 Main Street
Court Plaza South * East Wing
Hackensack, NJ 07601
(201) 488-0544
Attorney for Defendant Anne Dudash

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 09-301-002 |
|---|---|---|
| Plaintiff, | : | CRIMINAL ACTION |
| v. | : | |
| | : | ORDER FOR VARIANCE |
| ANNE DUDASH, | : | |
| Defendant. | : | |

THIS MATTER having been brought before the Court on application of Brian J. Neary, Esq., counsel for the Defendant, Anne Dudash to modify the conditions of probation to permit the defendant, Anne Dudash a variance to visit with her husband who is currently incarcerated at MDC Brooklyn, and on notice and having received consent from Lee Vartan, A.U.S.A., on behalf of the United States Attorney's Office and having received consent of Probation Officer Kevin Villa;

IT IS ON THIS 9 day of November, 2010;

ORDERED that the defendant, Anne Dudash, be permitted a variance to visit with her husband, Darin Dudash who is presently incarcerated at MDC Brooklyn, and it is

FURTHER ORDERED that said visits shall be in compliance with any and all regulations set forth by the Bureau of Prisons as well as United States Probation and shall be limited to one (1) visit per week.

_____
HONORABLE WILLIAM H. WALLS, U.S.D.J.